UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 13 |
| Heidi A. Tiedt and Darin A. Tiedt,<br>　　　　Debtors. | Case No. 15−27738−beh |

Heidi A. Tiedt
Darin A. Tiedt
　　　　　　　　Plaintiffs.
　v.　　　　　　　　　　　　　　　　　　Adversary No. 15−02443−beh

U.S. Bank Association
　　　　　　　　Defendant.

## JUDGMENT ON STIPULATION

Take notice that a judgment is hereby entered incorporating the terms of the attached Order Approving Stipulation Resolving Adversary Proceeding.

Dated: December 10, 2015　　　　　　　　**JANET L. MEDLOCK**
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:　Vicki L.
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 10, 2015



Beth E. Hanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE | Chapter: 13 |
| Heidi A. Tiedt and<br>Darin A. Tiedt, | Case No. 15-27738-BEH |
| Debtors. | |

| | |
|---|---|
| Heidi A. Tiedt and<br>Darin A. Tiedt, | |
| Plaintiffs, | |
| v. | Adversary Case No. 15-02443-BEH |
| U.S. Bank National Association, | |
| Defendant. | |

**ORDER APPROVING STIPULATION RESOLVING ADVERSARY PROCEEDING**

Pursuant to the stipulation by and between the plaintiffs and U.S. Bank National Association, and upon all the files, records and proceedings herein,

**Drafted by:**

Jay J. Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI  53151
Phone: 414.224.8404
Fax:    414.224-1279
Email: jpitner@gray-law.com

IT IS HEREBY ORDERED that the defendant may file an unsecured claim for its outstanding loan balance as of the date of this order's entry. The unsecured claim shall be paid *pro rata* with the other timely-filed unsecured claims.

IT IS FURTHER ORDERED that upon the issuance of a discharge, counsel for the plaintiffs shall serve notice of the discharge on counsel for the defendant. The defendant shall then release its mortgage within forty-five (45) days.

IT IS FURTHER ORDERED that in the event the plaintiffs' bankruptcy case is dismissed or converted prior to the issuance of a discharge, any order entered in this adversary proceeding avoiding the defendant's lien will be null and void and the defendant's mortgage will remain fully enforceable against the plaintiffs' real estate pursuant to 11 U.S.C. §349(b)(1)(C).

IT IS FURTHER ORDERED that the clerk is directed to prepare a judgment so declaring.

####